

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Barbara Ann Dominey, Individually, and as Trustee of the Dominey Exempt Bypass Trust, the Dominey Non-Exempt Bypass Trust, the Dominey 2012 Irrevocable Trust f/b/o Elena Marquarita Dominey Langston, Teresa Eddinger, and Allison Allen, co-trustees of the Dominey Insurance Trust of 1993, and Estate of Samuel Dominey Jr., | § § § § § | No. 08-21-00187-CV Appeal from the 278th District Court of Walker County, Texas (TC# 2130121) |
| Appellants, | § | |
| v. | § | |
| Elena Marquarita Dominey Langston, Florence Olivia Dominey Campbell, and Matthew David Dominey, Beneficiaries of the Dominey 2012 Irrevocable Trust, the Dominey Exempt Bypass Trust, the Dominey Non-Exempt Bypass Trust, and the Dominey Insurance Trusts of 1993, | § § § § § | |
| Appellees. | § | |

**O R D E R**

Pending before the Court is the Appellants' unopposed motion for extension of deadline to mediate. The motion is GRANTED. The Court extends the deadline to complete mediation until February 1, 2022. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO MEDIATE THE CASE WILL BE CONSIDERED BY THIS COURT. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order of October 25, 2021.

IT IS SO ORDERED this 8th day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.